IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FRED FISHER,

    Petitioner,                                 No. 2:12-cv-2016 EFB P

    vs.

STEVE CAMBRA,

<u>ORDER</u>

    Respondent.

_____/

    Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4). On August 10, 2012, the court dismissed petitioner's petition for writ of habeas corpus with leave to amend. Dckt. No. 5. The dismissal order explained the petition's deficiencies, gave petitioner 30 days to file an amended petition, and warned petitioner that failure to file an amended petition would result in dismissal.

    The 30-day period has expired and petitioner has not filed an amended petition for writ of habeas corpus or otherwise responded to the court's order.

////

////

1

1  Accordingly, it is hereby ORDERED that:

2  1. This action is dismissed;

3  2. The Clerk is directed to close the case; and

4  3. The court declines to issue a certificate of appealability.

Dated: October 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE